

**MANDATE**

# The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 250TH DISTRICT COURT OF TRAVIS COUNTY, GREETINGS:

On July 15, 2025, the Court of Appeals for the Fifteenth District of Texas dismissed the appeal in the following case:

Office of the Attorney General of Texas v. James Blake Brickman, David Maxwell, J. Mark Penley, and Ryan M. Vassar

Court of Appeals No. 15-25-00085-CV
Trial Court No. D-1-GN-20-006861

The Court of Appeals entered the following judgment or order:

Today, the Court heard Appellant's motion to dismiss this appeal. Having considered the motion, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this September 25, 2025.



CHRISTOPHER A. PRINE, CLERK